[No. 43522-5-II.   Division Two.   October 22, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. CHARLES WAYNE McLEAN, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01628-5, Diane M. Woolard, J., entered April 18, 2012. *Reversed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ. Now published at 178 Wn. App. 236.

[No. 44207-8-II.   Division Two.   October 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY LEE TAFT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01615-1, Scott A. Collier, J., entered November 9, 2012. *Reversed in part* and *remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Penoyar and Bjorgen, JJ.

[No. 44517-4-II.   Division Two.   October 22, 2013.]

RITH KOK, *Individually and as Administrator*, ET AL., *Appellants*, v. TACOMA SCHOOL DISTRICT NO. 10 ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-10977-7, Linda CJ Lee, J., entered May 22, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Bjorgen, J. Now published at 179 Wn. App. 10.

[No. 29284-3-III.   Division Three.   October 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN W. CRENSHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01075-0, Tari S. Eitzen, J., entered August 5, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.